IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION CIVIL NO.: 5:22-cv-15

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ALL CRYPTOCURRENCY, VIRTUAL ) | ORDER |
| CURRENCY, FUNDS, MONIES, AND OTHER ) | |
| THINGS OF VALUE STORED IN OR ) | |
| ACCESSIBLE AT BINANCE ASSOCIATED ) | |
| WITH USER ID # 185161610, SUCH USER ID ) | |
| ASSOCIATED WITH THE NAME, HAN ) | |
| BING, AND ETH DEPOSIT ADDRESS, ) | |
| 0x838ac013dd98290cbb48de40d210a56a8bab384 ) | |
| 2. | |

**THIS MATTER** is before the Court on the United States' Motion for a Default Judgment under Fed. R. Civ. P. 55(b)(2). (Doc. No. 7). Having carefully reviewed the motion and the record, the Court will grant the Motion.

No person or entity has filed a claim or answer in the matter as to the Defendant Cryptocurrency identified in the Complaint. The deadline for filing any claims as to this property has expired, and the Clerk has issued an Entry of Default. Accordingly, the Court finds that the United States has established that a default judgment is appropriate.

**SO ORDERED.**

Signed: May 25, 2022

Kenneth D. Bell
United States District Judge